# File Hashes for IP Address 98.228.65.155

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Naperville, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/06/2015 22:09:40 | 5A1B4EF8591CBF4005162C183F53A5CAC258464D | Hippie Chic |
| 07/06/2015 01:37:54 | 5B9563B9CAD2898B2B7969355127BB7E09BB0F0F | Bound By Desire |
| 06/18/2015 00:50:24 | 14D6169A02F26B556F199318D5D88176549E6A3C | Go Down On Me |
| 02/23/2015 22:08:05 | B5F26588AEB0D9630B3B25EC2EB6D26DF65DA42E | A Dream Of You |
| 02/23/2015 22:07:35 | 55292022E774FA0147CB88F2366441634893A02A | Tease Me Please Me |
| 02/23/2015 22:05:13 | 0CE43CB65853A50C33034EDC631879F5A100E59D | Back For More |
| 02/23/2015 01:05:49 | 74538C81BB43F501334963E3648FCC043754150F | Midnight Passion |
| 02/23/2015 00:39:22 | 271FD479FFF8BA0D4B57F1A9F7C4881AF949258D | The Secretary |
| 02/23/2015 00:31:45 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 02/08/2015 22:46:05 | 7F36C3FAC2AB2921048BFBD68A1905C72BF9337F | Sweet Dreamers |
| 01/30/2015 02:03:45 | 5EA3AB53DA80A397D3A5657B4F9C122125946CA6 | Spanish Heat |
| 01/30/2015 01:14:20 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 01/30/2015 01:13:14 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 01/30/2015 01:11:48 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/29/2015 00:31:12 | E33AD5AC6AD7CD49FF87110E4B96D2B253E41826 | Good Night Kiss |
| 01/29/2015 00:11:01 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 01/29/2015 00:09:33 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

NIL615